Case 14-01036-TPA    Doc 5    Filed 06/06/14    Entered 06/06/14 13:08:30    Desc Main
Document    Page 1 of 1

FILED
6/6/14 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - ERIE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | BANKRUPTCY NO. 10-11272-TPA |
| David L. Patsy and | : | |
| Kim L. Patsy, | : | CHAPTER 13 |
|     Debtors | : | |
| ************************************** | : | |
| David L. Patsy and | : | |
| Kim L. Patsy, | : | |
|     Plaintiffs | : | ADVERSARY NO. 14-1036 |
| | : | |
| vs. | : | RELATED TO DOCKET NO. 1 |
| | : | |
| Land Home Financial Services, | : | |
| | : | |
|     Defendant | : | |

### ORDER

**AND NOW**, this ___6th___ day of _____June_____, 2014, upon consideration of the Debtors' Complaint Pursuant to 11 U.S.C. § 506(a) and Bankruptcy Rule 3012 to Determine the Value of Creditor's Allowed Secured Claim, and for good cause shown, it is hereby ORDERED and DIRECTED as follows:

1) The claim of Land Home Financial Services is to be treated as a general, unsecured claim.

2) Land Home Financial Services shall immediately satisfy the outstanding mortgage upon the successful completion of the Chapter 13 Plan at no cost to the Debtors.

3) This Order will not survive if either the Debtors do not complete the Chapter 13 Plan, or if the Debtors convert this case to a case under chapter 7.

4) Debtor's Counsel shall serve this order on all parties in interest and file a Certificate of Service within seven (7) days.

BY THE COURT,

_____ vas
Thomas P. Agresti,
United States Bankruptcy Judge

Plaintiff shall serve a copy of this Order on the Chapter 13 Trustee by way of regular, First Class mail.  The Clerk shall close this Adversary.